## (April 30, 1981)

■ JACQUELINE FERNANDEZ, an Infant, by Her Mother and Natural Guardian, YOLANDA FERNANDEZ, et al., Respondents, v LOUIS ABRAMS, Appellant, et al., Defendant. — Order, Supreme Court, Bronx County, entered on September 16, 1980, unanimously affirmed, without costs and without disbursements, and without prejudice to a motion for summary judgment. No opinion. Concur — Murphy, P.J., Kupferman, Birns, Markewich and Fein, JJ.

■ BEAVER CONCRETE BREAKING CO., INC., et al., Appellants, v COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART et al., Respondents. — Judgment, Supreme Court, New York County, entered on June 17, 1980, and the appeal bringing up for review an order of said court, entered on March 22, 1978 and an order of said court, entered on May 8, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P.J., Kupferman, Sullivan, Carro and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS RIVERA, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on December 7, 1979, unanimously affirmed, and appeal from judgment rendered July 13, 1979 is dismissed since by reason of resentence that judgment was vacated, and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Murphy, P.J., Kupferman, Sullivan, Carro and Markewich, JJ.

■ HARRY PINKUS, Respondent, v SMOLER BROTHERS, INC., Formerly Doing Business as BETTER TOGS, INC., et al., Appellants. — Judgment, Supreme Court, New York County, entered on November 13, 1980, and an interlocutory judgment of said court entered on March 7, 1980 brought up for review upon final judgment, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of the appeal from the judgment. Appeal from four orders of said court entered on July 24, 1979, February 7, 1980, March 5, 1980, and October 10, 1980, dismissed, without costs and without disbursements, as having been subsumed by the appeal from the aforesaid judgment. No opinion. Concur — Murphy, P.J., Kupferman, Sullivan, Carro and Markewich, JJ.